EDGAR B. EHRGOTT and Others, as Ancillary Executors, etc., of JOHN FURMAN EHRGOTT, Deceased, Appellants, v. SEABOARD TRADING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

KITTY LETRAUNIK v. SAMUEL LETRAUNIK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAX ROTH v. ESTHER ROTH.— Motion to dismiss appeal granted unless appellant procure appellant's points to be filed on or before the 10th day of January, 1922. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH H. SAMUELS v. HENRY W. RUPPERT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FANNIE H. SAMUELS v. HENRY W. RUPPERT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO J. RADER v. DAVID H. KNOTT, Sheriff, etc., and Others.— Motion to dismiss appeal denied, with leave to relator to renew motion unless appellant procure record on appeal to be filed on or before January 10, 1922. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CARMEN DE LA SERNA DE BARRIOS v. SABINO GORDO PETROLEUM CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WALTER S. ROWAN, an Infant, etc., v. CHARLES G. CHASE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANCIS N. ROWAN v. CHARLES G. CHASE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FIREMAN'S FUND INSURANCE COMPANY OF CALIFORNIA v. ELSIE S. VINTON.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

INTERNATIONAL BANKING CORPORATION v. MERCANTILE BANK AND TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of REBECCA FEUCHTWANGER, Deceased.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LOUISE C. NASH v. T. J. OAKLEY RHINELANDER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.